UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUSTIN D. VANFLEET,

    Plaintiff,

v.                                     Case No. 8:13-cv-127-T-17TGW

BENITO EDOUARD, M.D.,
PENA SANCHEZ, M.D.,

    Defendants.
_____

## ORDER

On June 17, 2013, the Court entered an order stating that on or before July 10, 2013, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute. Plaintiff is not incarcerated, so the mailbox rule does not apply; Plaintiff's response must be filed with this Court on or before July 10, 2013. The Court directed that failure to respond would result in the dismissal of this case, without further notice.

As of the date of this order, Plaintiff has not responded.

Accordingly, the Court orders:

That Plaintiff's complaint is dismissed. The Clerk is directed to close this case.

ORDERED at Tampa, Florida, on July 11th, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Counsel of Record
Justin D. Vanfleet

1